IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GWEN BERGMAN,

    Petitioner

vs.                                                  CASE NO.: 4:09-cv-194-SPM-WCS

AUGUSTINE, et al.,

    Respondents.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 8). Petitioner has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1.     The Magistrate Judge's Report and Recommendation (doc. 8) is *adopted* and incorporated by reference in this order.

2.     Petitioner's § 2241 petition is *summarily dismissed*, as it does not state a cognizable basis for habeas relief.

DONE AND ORDERED this <u>eighteenth</u> day of May, 2010.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Chief United States District Judge